IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE PETERSEN,<br><br>              Plaintiff,<br><br>   v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>              Defendants. | 1:12cv0933 AWI BAM<br><br>ORDER VACATING HEARING DATE OF JULY 23, 2012, AND TAKING MATTER UNDER SUBMISSION |

     Defendants have noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on July 23, 2012. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than July 9, 2012. Plaintiff failed to do so.

     Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, Plaintiff is in violation of the Local Rules. Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. <u>See</u> Local Rule 230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. <u>See</u> Local Rule 230(g).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 23, 2012, is VACATED, and no party shall appear at that time. As of July 12, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 18, 2012                                            _____
                                                                          CHIEF UNITED STATES DISTRICT JUDGE